UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION : 04 MD 1598 (JSR)
:
------------------------------------------------------------------x  JED S. RAKOFF, U.S.D.J.

PERTAINS TO:

*DEBRA MOREHOUSE v. BODY DYNAMICS, INC.* – Case No. 06-cv-13024

## ORDER SUGGESTING REMAND

Pretrial proceedings in this case having been completed, plaintiff's request for a suggestion of remand is hereby granted upon consent of all parties.

Date: 12/16/08

Judge Jed Rakoff
United States District Judge
Southern District of New York

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-08